

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00068-CV

## IN RE JAMES C. FULLER

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

James C. Fuller filed suit against the Texas Department of Criminal Justice and TDCJ employees Benito Moya, Tommy Goodin, Freddie English, Floyd Hicks, an unnamed property officer for the Wynne Unit, and "Major Butcher." The trial court granted English's and Hicks's motion to dismiss, and dismissed Fuller's "cause of action" as frivolous "with prejudice to all claims." After the June 10 dismissal, other defendants were served and Fuller continued to litigate his claims with respect to those defendants. This Court found that the June 10 dismissal was not a final, appealable judgment.

Fuller filed an Application for Writ of Mandamus on March 10, 2011 requesting this Court to compel Honorable Judge Barbara Hale, judge of the Walker County Court

at Law, to issue a final judgment. Judge Barbara Hale signed an order April 14, 2011 and dismissed the cause of action as frivolous "with prejudice as to all claims and parties, whether or not served with process, for failure to comply with Chapter 14 of the Texas Civil Practices and Remedies Code." Relator's petition for writ of mandamus is denied.


                                    AL SCOGGINS
                                    Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition Denied
Opinion delivered and filed May 18, 2011
[OT06]